Jemma E. Dunn (Nevada Bar No. 16229)
jdunn@ggtriallaw.com
Matthew T. Hale (Nevada Bar No. 16880)
mhale@ggtriallaw.com
David C. Kiebler (Nevada Bar No. 16724)
dkiebler@ggtriallaw.com
**Greenberg Gross LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801

*Attorneys for Plaintiff*

[Remaining counsel on following page]

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TESHAWN SOLOMON, an individual,<br><br>  Plaintiff,<br>v.<br><br>SPHERION STAFFING LLC, a Delaware limited liability company; EATON CORPORATION, an Ohio corporation,<br><br>  Defendants. | Case No. 3:25-cv-00380-ART-CSD<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE IA 6-1**<br><br>**(Third Request)** |

1  Jory C. Garabedian, Esq. (Nevada Bar No. 10352)
   jgarabedian@wrightlegal.net
2  **Wright, Finlay & Zak**
   8337 W. Sunset Rd., Suite 220
3  Las Vegas, Nevada 89113
4  Telephone: (702) 475-7964
   Facsimile: (702) 946-1345
5

6  Nathan D. Chapman (*pro hac vice* forthcoming)
   nchapman@kcozlaw.com
7  Chadwick L. Williams (*pro hac vice* forthcoming)
   cwilliams@kcozlaw.com
8  **KABAT CHAPMAN & OZMER LLP**
   171 17th Street NW; Suite 1550
9  Atlanta, GA 30363
   (404) 400-7306; Fax (404) 400-7333
10

11 *Attorneys for Defendant Spherion Staffing LLC*

12 Brandon Rainey (*pro hac vice* forthcoming)
   brainey@fbtlaw.com
13 **Frost Brown Todd LLP**
   35 Pine Street
14 Suite 2300
   San Francisco, CA 94104
15 415.857.8315; Fax (415) 391-1751

16
   *Attorneys for Defendant Eaton Corporation*
17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Teshawn Solomon ("Plaintiff"), and Defendants Spherion Staffing LLC
2 ("Spherion") and Eaton Corporation ("Eaton") (Spherion and Eaton together are "Defendants")
3 (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the
4 time for Defendants to respond to Plaintiff's Complaint through and including December 4, 2025.
5 Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

6    1.    Plaintiff filed the Complaint on July 25, 2025.

7    2.    Plaintiff served the Complaint on Spherion on August 1, 2025, making its response
8 deadline August 22, 2025.

9    3.    On August 19, 2025, Plaintiff and Spherion stipulated to extend Spherion's
10 deadline through and including September 22, 2025.

11    4.    On August 26, 2025, Defendant Eaton Corporation waived service, making its
12 answer deadline October 20, 2025. (*See* Doc. 10.)

13    5.    On September 17, 2025, Plaintiff and Spherion stipulated to extend Spherion's
14 answer deadline through and including October 20, 2025, to match Eaton's answer deadline,
15 because the Parties were engaged in settlement discussions. (*See* Doc. 11.)

16    6.    On September 19, 2025, the Court granted that stipulation, making both
17 Defendants' deadlines to answer or otherwise respond to the complaint October 20, 2025.

18    7.    Since then, the Parties have reached a settlement agreement in principle and are in
19 the process of finalizing the settlement papers. Accordingly, the Parties agree and respectfully
20 request that Defendants' deadline to answer or otherwise respond to the complaint be extended
21 through and including December 4, 2025, with the expectation that the matter will be voluntarily
22 dismissed prior to that date.

23    8.    This is the third request for extension of time for Spherion to respond to the
24 complaint, and the first request of extension of time for Eaton. This request is made in good faith
25 and not for purposes of delay or prejudice to any other party.

26    [*signatures on following page*]

1       Respectfully submitted, October 17, 2025.

| */s/ David C. Kiebler* | */s/ Jory C. Garabedian* |
|---|---|
| Jemma E. Dunn (Nevada Bar No. 16229)<br>Matthew T. Hale (Nevada Bar No. 16880)<br>David C. Kiebler (Nevada Bar No. 16724)<br>**Greenberg Gross LLP**<br>*Attorneys for Plaintiff* | Jory C. Garabedian, Esq. (Nevada Bar No. 10352)<br>**Wright, Finlay & Zak**<br>*Attorneys for Defendant Spherion Staffing LLC* |

*/s/ Brandon Rainey*
Brandon Rainey (*pro hac vice* forthcoming)
**Frost Brown Todd LLP**
35 Pine Street
Suite 2300
San Francisco, CA 94104
415.857.8315; Fax (415) 391-1751
*Attorneys for Defendant Eaton Corporation*

                              **IT IS SO ORDERED.**

                              _____
                              U.S. MAGISTRATE JUDGE

                              DATED:  October 20, 2025.